JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TAPATE-GONZALEZ, | Case No. 5:19-cv-02418-AB-AFM |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEVIN McALEENAN, et al., | |
| Respondents. | |

This matter came before the Court on the Petition of JOSE TAPATE-GONZALEZ, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  September 1, 2020

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE